**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6065**

—————

JAMES ALFRED LEWIS,

Petitioner - Appellant,

versus

PHOEBE JOHNSON, Warden of Perry Correctional
Institution; ATTORNEY GENERAL OF SOUTH CARO-
LINA,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-98-1991-2-13AJ)

—————

Submitted:  May 25, 1999               Decided:  May 28, 1999

—————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

James Alfred Lewis, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Alfred Lewis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lewis v. Johnson, No. CA-98-1991-2-13AJ (D.S.C. Dec. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2